IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Darlene

Printed: 4/1/08

Case Number: 05 B 31544
Judge: Goldgar, A. Benjamin
Filed: 8/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 19, 2008
Confirmed: September 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,800.00 |  |
| Secured: |  | 3,194.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,302.12 |
| Trustee Fee: |  | 303.21 |
| Other Funds: |  | 0.00 |
| Totals: | 5,800.00 | 5,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,302.12 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Beneficial | Secured | 2,288.00 | 2,288.00 |
| 5. | HomeComings Financial Network | Secured | 3,000.00 | 906.67 |
| 6. | Resurgent Capital Services | Unsecured | 220.26 | 0.00 |
| 7. | Capital One | Unsecured | 53.46 | 0.00 |
| 8. | T Mobile USA | Unsecured | 76.72 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 440.37 | 0.00 |
| 10. | Trinity Hospital | Unsecured | 36.22 | 0.00 |
| 11. | American Express Centurion | Unsecured | 40.74 | 0.00 |
| 12. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 13. | America OnLine | Unsecured |  | No Claim Filed |
| 14. | BMG Music Service | Unsecured |  | No Claim Filed |
| 15. | Green Tree Finance Serv Corp | Unsecured |  | No Claim Filed |
| 16. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 17. | Wow Internet | Unsecured |  | No Claim Filed |
| 18. | AT&T | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 8,855.77 | $ 5,496.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 127.59 |
| 5% | 40.60 |
| 4.8% | 72.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Darlene | Case Number:  05 B 31544 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/1/08 | Filed:  8/11/05 |

                5.4%                62.66
                              _____
                             $ 303.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

